UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24284-CIV-UNGARO

VENS TERRY BRICENO JACKSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner Jackson's petition pursuant to 28 U.S.C. § 2255. (D.E. 1.)

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Patrick A. White, who on January 29, 2014, issued a report recommending that the Petitioner's notice of voluntary dismissal be construed as a motion to withdraw his petition pursuant to Section 2255 with prejudice. (D.E. 7.) Upon *de novo* review, the Court concurs that the petition should be dismissed but should be dismissed without prejudice. Accordingly, it is

ORDERED AND ADJUDGED that the report of the Magistrate Judge (D.E. 7) is HEREBY MODIFIED: The Court adopts the finding that the Petition should be dismissed but rejects the recommendation that the Petition should be dismissed with prejudice because there have been no findings of fact. It is further

ORDERED AND ADJUDGED that the petition (D.E. 1) is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of February, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record